3:25MJ5348

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Detective Scott Bailey, Task Force Officer for the Federal Bureau of Investigation (FBI) Violent Crime/Safe Streets Task Force, being first duly sworn, hereby depose and state as follows:

1. I have been a police officer since March 2006.  I am currently assigned to the FBI's Cleveland Division, Violent Crime/Safe Streets Task Force working in the Toledo Resident Agency and have been since January 2015.  Prior to my assignment with the Task Force, I was assigned to the Toledo Police Department Gang Unit as well as the SWAT Unit.  During my employment as a police officer, I have investigated numerous crimes including violent crime and drug trafficking offenses.

2. I make this affidavit in support of a criminal complaint against MICHAEL CARPENTER aka MICHAEL CARPENTER, JR.  The facts in this affidavit come from my personal observations, training, experience, and information obtained from other law enforcement agents.

3. Because this affidavit is being submitted for the limited purpose of supporting a criminal complaint, I have not included each and every fact known concerning this investigation.  I have set forth only those facts I believe necessary to establish probable cause that CARPENTER has committed a violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A) – Possession with Intent to Distribute a Controlled Substance.

4. In October 2024, I received information that CARPENTER was trafficking large amounts of methamphetamine, cocaine and crack cocaine in and around the City of Toledo, Ohio.  After an investigation that included multiple controlled buys of methamphetamine as well as extensive surveillance, I obtained a search warrant for CARPENTER's residence on Parker Avenue in Toledo, Ohio.

5. On August 27, 2025, at approximately 5:55 a.m., members of the Toledo Police SWAT Unit executed the search warrant at the Parker Avenue residence. Upon entry into the residence, CARPENTER, the mother of his children and several children were found inside the residence. A subsequent search of the residence resulted in the seizure of 10 individually packaged plastic baggies containing approximately 279 grams of suspected crystal methamphetamine. The suspected methamphetamine was field-tested, which resulted in a presumptive positive test result for the presence of methamphetamine. I know based on my training and experience in investigating narcotics cases that this is a distribution quantity.

6. A review of CARPENTER's criminal history shows he has a history of criminal convictions, including but not limited to the following: (1) felony conviction on March 4, 2022 of a felony weapon offense in Michigan 38th Circuit Court, Case No: 21-246633-FH; (2) felony convictions on March 27, 2018 in Lucas County Common Pleas Court of Trafficking in Cocaine (F-5), Trafficking in Cocaine (F-4) and Failure to Comply with Signal of a Police Officer (F-4), Case No: G-4801-CR-0201703110 in which CARPENTER was sentence to a total of eighteen months in prison; and (3) felony convictions on April 23, 2014 in Lucas County Common Pleas Court of Trafficking in Cocaine (F-4) and Possession of Cocaine (F-5), Case No: G-4801-CR-0201303112 in which CARPENTER was sentenced to one year community control.

(intentionally left blank)

7. Based on the information contained in this affidavit, I believe probable cause exists that on August 27, 2025, in the Northern District of Ohio, Western Division, MICHAEL CARPENTER aka MICHAEL CARPENTER, JR. committed a violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A) – Possession with Intent to Distribute a Controlled Substance.

Respectfully submitted,

*Det. S. Bailey # 7386*

_____
FBI TFO Scott Bailey

Sworn to via telephone on this 27th day of August, 2025
after submission by reliable electronic means.
Fed.R.Crim.P.4.1 and 41(d)(3).

_____
DARRELL A. CLAY
UNITED STATES MAGISTRATE JUDGE